UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NEWTON EDWARD BELL, JR.           CIVIL ACTION NO. 05-0580

versus                             JUDGE HICKS
                                   **REFERRED TO:**
COMMISSIONER OF THE SOCIAL         **MAGISTRATE JUDGE HORNSBY**
SECURITY ADMINISTRATION

# J U D G M E N T

For the reasons assigned in the Memorandum Ruling issued this date,

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **reversed** pursuant to sentence four of 42 U. S. C. § 405(g), and this case is **remanded** to the agency for further proceedings consistent with this opinion.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 15th day of May, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE